

## 11TH COURT OF APPEALS

### EASTLAND, TEXAS

### JUDGMENT

Bitter Creek Water
Supply Corporation,

v. No. 11-16-00108-CV

Wesley Sims,

\* From the 32nd District Court
of Nolan County,
Trial Court No. 19,506.

\* June 23, 2016

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Bitter Creek Water Supply Corporation.